IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LILIANA NOMCA QUEVEDO GERMANY, | |
| Plaintiff, | CIVIL ACTION NO. 3:14-CV-1700 |
| v. | (JUDGE CAPUTO) |
| UNITED STATES OF AMERICA, | (MAGISTRATE JUDGE CARLSON) |
| Defendant. | |

## ORDER

**NOW**, this  14th  day of October, 2014, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 3) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 3) is **ADOPTED**.

(2) Plaintiff's petition to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

(3) The Complaint (Doc. 1) is **DISMISSED** with prejudice persuant to the screening provisions of the Prison Litigation Reform Act.

(3) The Clerk of Court is instructed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge